# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 542 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE MINOR JUDICIARY EDUCATION BOARD | : | MAGISTERIAL RULES DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of May, 2024, Magisterial District Judge Thomas G. Miller, Jr., is hereby designated as Chair, and Magisterial District Judge Bonnie L. Carney is designated as Vice-Chair, of the Minor Judiciary Education Board, commencing July 1, 2024.